**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Robert D. Everhart and Kimberly S. Everhart | No.   11-23255 |
| Debtor | Hon.  Donald R. Cassling |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on May 27, 2014, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

          _____/s/ Meredith S. Fox_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Ryan Keenan and Glenn B Stearns on May 27, 2014.

          _____/s/ Meredith S. Fox_____

Meredith S. Fox - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077


**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Robert D. Everhart and Kimberly S. Everhart
47W 835 Timberview Drive
Big Rock, IL 60511

Glenn B Stearns
801 Warrenville Road
Lisle, IL 60532

Ryan Keenan
Keenan Law Offices, P.C.,
100 Illinois Street
Suite 200
Saint Charles, IL 60174